■■■ In the Matter of PETER J. BREVORKA ex rel. RUTH E. WITTLE, Respondent, v JEAN SCHUSE et al., Appellants. RUTH E. WITTLE, Appellant. (Appeal No. 2.) [643 NYS2d 464] —Order unanimously affirmed without costs (*see,* CPLR 5526). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Settle Record on Appeal.) Present—Fallon, J. P., Callahan, Doerr and Davis, JJ.